UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON WEINBERGER,<br>1325 13th St. NW #49<br>Washington, DC 20005,<br><br>      PLAINTIFF<br>vs.<br><br>DEPARTMENT OF DEFENSE,<br>1400 Defense Pentagon<br>Washington, DC 20301-1400<br><br>      DEFENDANT | Judge _____<br>Civil Action No. _____ |

## COMPLAINT

### THE PARTIES

1.    Plaintiff Sharon Weinberger is a citizen of the District of Columbia residing at 1325 13th St., NW #49.

2.    Plaintiff is a fellow at the Woodrow Wilson International Center for Scholars in Washington, D.C., and has been a national security writer for over 12 years. Her third book, under contract to Knopf, an imprint of Random House, will be the first independent history of the Defense Advanced Research Projects Agency (DARPA), one of the most important research support institutions in the United States (its contributions include ARPANET, precursor to the Internet, stealth aircraft, and drones).

3.    Defendant Department of Defense (DOD) is an agency of the United States.

4.    DARPA is a component of the Office of the Secretary of Defense, which in turn is part of Defendant DOD.  DARPA has possession, custody and control of the

records Plaintiff seeks.

## JURISDICTION AND VENUE

5. This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

6. This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

7. Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).

## STATEMENT OF FACTS

8. This FOIA suit concerns historical interviews with former directors of DARPA, which were conducted to help explain the agency's mission to the public. As such, they form the most comprehensive sets of oral interviews that exist on DARPA's history.

9. On October 8, 2011, Plaintiff submitted a FOIA request via DOD's website, requesting materials related to interviews with former DARPA directors. Plaintiff's FOIA request also sought a fee waiver. Plaintiff's FOIA request, attached as Exhibit 1, is incorporated herein by reference.

10. Defendant received Plaintiff's FOIA request on October 8, 2011 and assigned it tracking number 12-F-0039.

11. Plaintiff received a letter from Defendant dated February 7, 2013, withholding some records in full based on Exemptions 5 and 6, and disclosing some records without excisions. No fees were charged to Plaintiff for the released records.

12. On March 5, 2013, Plaintiff filed an administrative appeal, attached as Exhibit 2, and incorporated herein by reference.

13. Pursuant to 5 USC § 552(a)(6)(A)(ii), a response to the appeal was due within 20 working days.

14. Under 5 USC § 552(a)(6)(C)(i), Plaintiff is deemed to have exhausted her administrative remedies because Defendant has failed to comply with the statutory time limit.

## COUNT I:
## VIOLATION OF FOIA/PA

15. This Count realleges and incorporates by reference all of the preceding paragraphs.

16. Defendant has violated FOIA by failing to produce records responsive to Plaintiff's FOIA request, specifically, video and transcripts of interviews with past DARPA directors.

17. Plaintiff has been and will continue to be irreparably harmed until Defendant is ordered to comply with Plaintiff's FOIA request.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare Defendant's failure to comply with FOIA to be unlawful;

(2) Enjoin Defendant from continuing to withhold the records responsive to Plaintiff's FOIA request and otherwise order Defendant to produce the requested records without further delay;

(3) Grant Plaintiff an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i); and

(4) Grant Plaintiff such other and further relief which the Court deems proper.

                Respectfully Submitted,

                \_\_/s/ Jeffrey Light_____

                Jeffrey L. Light
                D.C. Bar #485360
                1712 Eye St., NW
                Suite 915
                Washington , DC 20006
                (202)277-6213

                *Counsel for Plaintiff*